**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tyrone W. Klump Sr. <br> & <br> Ruthann F. Klump <br> <u>Debtors</u> | CHAPTER 13 <br><br> BKY. NO. 17-10030 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., and index same on the master mailing list.

          Respectfully submitted,

          **/s/Brian C. Nicholas, Esquire**
          Brian C. Nicholas, Esquire
          Thomas Puleo, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322 FAX (215) 627-7734