**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Tyrone W. Klump, Sr.** | : | **Case No.: 17-10030** |
| **Ruthann F. Klump** | : | **Chapter 13** |
| | : | **Judge Richard E. Fehling** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner (89705)
    Holly N. Wolf (322153)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

17-004314_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Tyrone W. Klump, Sr. | : | Case No.: 17-10030 |
| Ruthann F. Klump | : | Chapter 13 |
| | : | Judge Richard E. Fehling |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

Jason M Rapa, Attorney for  Tyrone W. Klump, Sr. and Ruthann F. Klump, Rapa Law Office, PC, 141 South 1st Street, Lehighton, PA  18235, jrapa@rapalegal.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 6, 2017:

Tyrone W. Klump, Sr. and Ruthann F. Klump, 6571 Sullivan Trail, Pen Argyl, PA 18072


DATE:  February 6, 2017

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

17-004314_PS

Contact email is kvelter@manleydeas.com

17-004314_PS