| | |
|---|---|
| REQUESTOR'S NAME: | Wells Fargo Bank, N.A. |
| CORRESPONDENCE ADDRESS: | Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-8650 |
| TELEPHONE NO.: | 888-715-4315 |

UNITED STATES BANKRUPTCY COURT
EASTERN    DISTRICT OF  PENNSYLVANIA

| In re:<br>TYRONE W KLUMP<br>RUTHANN F KLUMP | Case No.: 17-10030<br><br>Chapter: 13<br><br>PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |
|---|---|

Court's Claim Number: 3

Proof of Claim Amount: $12,619.31

NEW ADDRESS: Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 02/15/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title