UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

    TYRONE W. KLUMP, SR.           : Bankruptcy No.  17-10030AMC
       and
    RUTHANN F. KLUMP                :

        Debtor(s)              : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss filed on or about July 19, 2019 at docket entry number 38 in the above referenced case as it was filed in error.

                                 Respectfully submitted,

Date:  July 19, 2019                           */s/Rolando Ramos-Cardona*
                                            Rolando Ramos-Cardona, Esq.
                                            Attorney for
                                            Scott F. Waterman, Esq.
                                            Standing Chapter 13 Trustee