UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Tyrone Klump & Ruthann F. Klump        :
                                       :   Chapter 13
            Debtor                     :   Case No: 17-10030

## CERTIFICATE OF NO RESPONSE

I, Jason M. Rapa, Esquire, attorney for the Debtors, Tyrone & Ruthann Klump hereby certify that no response, answer or other pleading has been received in connection with the above matter, namely the Motion to Convert

Date: 9/18/19                          /s/ Jason M. Rapa
                                       Jason M. Rapa, Esquire
                                       Rapa Law Office, P.C.
                                       141 S. 1st Street
                                       Lehighton, PA 18235
                                       610-377-7730