UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

Tyrone W. Klump Sr. & Ruthann F. Klump  :  CHAPTER 13
: CASE NO. 17-10030

## ORDER

AND NOW this ___19th___ day of ___Sept___, 2019, it is hereby ordered that Debtors, Tyrone W. Klump Sr. and Ruthann F. Klump Chapter 13 Bankruptcy No. 17-10030 be converted from Chapter 13 to Chapter 7.

BY THE COURT:

_____ J.

NAMES AND ADDRESSED OF ALL PARTIES:

VIA ELECTRONIC FILING
Scott Waterman, Esquire
Chapter 13 Trustee

Office of the United States Trustee

VIA U.S. MAIL
All parties listed on address matrix

Jason M. Rapa, Esquire
Rapa Law Office, P.C.
141 S. 1st Street
Lehighton, PA 18235