**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Tyrone W. Klump, Sr and Ruthann F. Klump : Bankruptcy 17–10030–mdc

**NOTICE**

To the debtor (s), debtor's counsel, U.S. Trustee and Standing Trustee

NOTICE is hereby given that:

1. In accordance with this court's random assignment procedure, this matter has been assigned to the Honorable Ashely M. Chan

2. It is noted in the petition that the above debtor (s) had filed a prior case that was assigned to the Honorable Ashely M. Chan

3. This matter has been reassigned to the Honorable Magdeline D. Coleman

For the Court

Date: September 20, 2019

Timothy B. McGrath
Clerk of Court

46
Form 198