UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tyrone W. Klump Sr. & | : | |
| Ruthann Klump | : | |
| Debtors | : | Case No.:  17-10030 |

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 24th day of September, 2019, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 16, 2019 of the filing of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: September 24, 2019                                  Rapa Law Office, P.C.
                                                                    By:     _____
                                                                             Jason M. Rapa, Esquire
                                                                             Attorney ID 89419
                                                                             141 South 1st Street
                                                                             Lehighton, PA 18235
                                                                             (610) 377-7730 phone
                                                                             (610) 377-7731 fax