Certificate Number: 14912-PAE-DE-033655066

Bankruptcy Case Number: 17-10030



14912-PAE-DE-033655066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2019</u>, at <u>5:53</u> o'clock <u>PM EST</u>, <u>Tyrone Klump</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 5, 2019</u>          By:  <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>