Certificate Number: 14912-PAE-DE-033655070

Bankruptcy Case Number: 17-10030



14912-PAE-DE-033655070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2019, at 5:53 o'clock PM EST, Ruthann Klump completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 5, 2019              By:     /s/Jai Bhatt

                                      Name:   Jai Bhatt

                                      Title:  Counselor