United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-10030-mdc
Tyrone W. Klump, Sr                                                 Chapter 7
Ruthann F. Klump
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore              Page 1 of 1              Date Rcvd: Jan 24, 2020
                              Form ID: pdf900              Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db/jdb         +Tyrone W. Klump, Sr,   Ruthann F. Klump,   6571 Sullivan Trail,   Pen Argyl, PA 18072-9715
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr              Wells Fargo Bank N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA  50328-0001
cr             +Wells Fargo Bank, n.a.,   Wells Fargo Bank, N.A. - SBL,   P.O. Box 29482,
                 Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2020 03:28:37
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2020 03:28:54     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 03:34:38     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +WELLS FARGO BANK, N.A.,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES, IA 50328-0001
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Lafayette Ambassador Bank ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M. RAPA    on behalf of Debtor Tyrone W. Klump, Sr jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JASON M. RAPA    on behalf of Joint Debtor Ruthann F. Klump jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Tyrone W. Klump, Sr. | : | |
|    and Ruthann F. Klump, | | |
|          Debtors. | : | Bankruptcy No. 17-10030-MDC |

# <u>O R D E R</u>

**AND NOW**, upon consideration of the Application for Compensation and Reimbursement of Expenses (the "Application")[1] filed by Jason M. Rapa, Esquire and Rapa Law Office, P.C. (the "Applicant"), in which the Applicant requests an award of compensation in the amount of $2,000.00 and the reimbursement of expenses in the amount of $0.00.

**AND**, the Applicant filed Certificates of Service[2] that indicate that the only party he served with the Application and Notice was the Chapter 13 Trustee.

**AND**, a review of Applicant's Certificates of Service reveals that he failed to serve the Application and Notice on the parties listed on the Clerk's Service List, as required by Local Bankr. Rules 2016-1(a), (d) and 9014-4(b).

**AND**, the third and most recent Disclosure of Compensation filed by Applicant on November 11, 2019[3] (which he labeled "Disclosure of Compensation of Attorney for Debtors – Amended") ("Amended Disclosure of Compensation"), indicates that Applicant received total compensation of $3000.00 and that no fee is owed, is inconsistent with the Application, which seeks total compensation of $4000.00 and states that $2000.00 has already been paid and that $2000.00 is owed, as follows:

(1) The Application requests an award of $2000.00 in compensation and alleges that Debtor paid Applicant $2000.00 prior to the filing of the petition and that $2000.00 is due. The proposed Order attached to the Application approves an award of $4000.00 in total compensation and states that $2000.00

---

[1] Bankr. Docket No. 54.

[2] Bankr. Docket Nos. 54, 55.

[3] Bankr. Docket No. 61.

has already been paid and that $2000.00 is still owed. The Disclosure of Compensation attached to the Application as Exhibit A ("First Disclosure of Compensation") is consistent with the proposed Order and states that Applicant agreed to accept $4000.00 for legal services, that Applicant received $2000.00 prior to the filing of the First Disclosure and that the balance owed is $2000.00; and

(2) Applicant then filed a second Disclosure of Compensation on October 29, 2019[4] that indicates that Applicant agreed to accept $5000.00 for legal services, that Applicant received $3000.00 prior to the filing of the Disclosure and that the balance owed is $2000.00; and

(3) On November 11, 2019, Applicant filed the Amended Disclosure of Compensation that indicates that Applicant agreed to accept $3000.00 for legal services, that Applicant received $3000.00 prior to the filing of the Amended Disclosure and that the balance owed is $0.00.

**AND**, considering Applicant's failure to serve the Application and Notice on all parties listed on the Clerk's Service List, as required by Local Bankr. Rules 2016-1(a), (d) and 9014-4(b), and the fact that Applicant's Amended Disclosure of Compensation, which requests a total compensation award of $3000.00 and states that $3000.00 has already been paid and that $0.00 is due, is inconsistent with the Application and the First Disclosure of Compensation, which request a total compensation award of $4000.00 and state that $2000.00 has already been paid and that $2000.00 is due,

It is hereby **ORDERED** that:

1. A hearing shall be held on **February 19, 2020, at 12:30 p.m.**, in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading Pennsylvania to address the problem with service of the Application and Notice and the discrepancies that exist between the Application and the Amended Disclosure of Compensation.

Dated: January 23, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[4] Bankr. Docket No. 57.

Jason M. Rapa, Esquire
Rapa Law Office, P.C.
141 S. 1st Street
Lehighton, PA 18235

Lynn E. Feldman, Esquire
Feldman Law Office PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912