```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 17-10030-mdc
Tyrone W. Klump, Sr                                                     Chapter 7
Ruthann F. Klump
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore             Page 1 of 1              Date Rcvd: Jan 24, 2020
                              Form ID: pdf900             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db/jdb         +Tyrone W. Klump, Sr,    Ruthann F. Klump,    6571 Sullivan Trail,    Pen Argyl, PA 18072-9715
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA  50328-0001
cr             +Wells Fargo Bank, n.a.,    Wells Fargo Bank, N.A. - SBL,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2020 03:28:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2020 03:28:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2020 03:34:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +WELLS FARGO BANK, N.A.,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES, IA 50328-0001
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Lafayette Ambassador Bank ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M. RAPA    on behalf of Debtor Tyrone W. Klump, Sr jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JASON M. RAPA    on behalf of Joint Debtor Ruthann F. Klump jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 7 |
|    Tyrone W. Klump, Sr. | : |
|    and Ruthann F. Klump, | |
|                 Debtors. | : Bankruptcy No. 17-10030-MDC |

# O R D E R

**AND NOW, WHEREAS,** it appears that on December 16, 2019, Tyrone W. Klump, Sr. and Ruthann F. Klump, (the "Debtors"), caused to be filed a reaffirmation agreement with creditor Wells Fargo Bank, N.A. (the "Reaffirmation Agreement").[1]

**AND**, no attorney declaration or affidavit has been filed as required by to 11 U.S.C. §524(c)(3).

It is hereby **ORDERED** and **DETERMINED** that:

1. Pursuant to §524(d), a hearing shall be held on **February 19, 2020, at 12:30 p.m.**, **in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, Pennsylvania** to inform the Debtors (i) that the reaffirmation agreement is not required under this title, under nonbankruptcy law, or under any agreement not made in accordance with the provisions of §524(c); and (ii) of the legal effect and consequences of the proposed reaffirmation agreement and a default under the proposed reaffirmation agreement (the "§524(d) Hearing").

2. Pursuant to §524(c)(6) and at the §524(d) Hearing, the Court shall determine whether the Reaffirmation Agreement (i) does not impose an undue hardship on the Debtors or a dependent of the Debtors; and (ii) is in the Debtors' best interest.

3. Pending the conclusion of the §524(d) Hearing, the discharge order under 11 U.S.C. §727(a) shall not be entered. *See* Fed. R. Bankr. P. 4004(c)(1)(K).

---

[1] Bankr. Docket No 62.

Dated: January 23, 2020

                                                  MAGDELINE D. COLEMAN
                                                  CHIEF U.S. BANKRUPTCY JUDGE

Jason M. Rapa, Esquire
Rapa Law Office, P.C.
141 S. 1st Street
Lehighton, PA 18235

Lynn E. Feldman, Esquire
Feldman Law Office PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

2