## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Tyrone W. Klump Sr.
        Ruthann Klump         : CHAPTER 13
                                       : CASE NO.: 17-10030

AND NOW this _____ day of _____, 2020, upon consideration of the Motion to Withdraw Application for Compensation (Doc. 34 and 54) filed by Debtor's Counsel and the Chapter 13 Trustee's Final Report and Account (Doc 58) on October 29, 2019,

IT IS HEREBY ORDERED and DECREEED that Application for Compensation (Doc. 34 and 54) are dismissed as moot and the hearing scheduled for February 19, 202 at 12:30 p.m is cancelled.

                                                                         BY THE COURT

                                                                    _____

                                                                                                         J.