*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyrone W. Klump, Sr and
Ruthann F. Klump
    Debtor(s)

Case No: 17–10030–mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Pro Se Reaffirmation Agreement Between Debtor and Wells Fargo Bank, N.A. Filed by WELLS FARGO BANK, N.A.

**Location Changed**

on: 2/19/20

at: 12:30 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/7/20

Timothy B. McGrath
Clerk of Court

69
Form 167