```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                   Case No. 17-10030-mdc
Tyrone W. Klump, Sr                                                      Chapter 7
Ruthann F. Klump
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR                  Page 1 of 2                   Date Rcvd: Feb 07, 2020
                              Form ID: 167                 Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db/jdb        +Tyrone W. Klump, Sr,    Ruthann F. Klump,    6571 Sullivan Trail,    Pen Argyl, PA 18072-9715
cr             Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
cr            +Wells Fargo Bank, n.a.,    Wells Fargo Bank, N.A. - SBL,    P.O. Box 29482,
                Phoenix, AZ 85038-9482
13846393      +Ashley Haycock,    6575 B Sullivan Trail,    Pen Argyl, PA 18072-9715
13846394     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13923628      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13846398     #+Helen Snyder,    6575 C Sullivan Trail,    Pen Argyl, PA 18072-9715
13846399      +Kyle Thomas,    6575 B Sullivan Trail,    Pen Argyl, PA 18072-9715
13933324       Lafayette Ambassador Bank,    Special Assets  Jessica Fuller, One Penn,    Lancaster, PA 17604
13846401      +Subaru Motor Finance c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
13846402      +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13922411       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
13875363       Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
13862341      +Wells Fargo Payment Remittance Center,    PO Box 51174,    Los Angeles, CA 90051-5474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 03:07:14      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13871781      +E-mail/Text: bankruptcy@bbandt.com Feb 08 2020 03:04:49      BB&T, Bankruptcy Section,
                PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13846397       E-mail/Text: mrdiscen@discover.com Feb 08 2020 03:04:42      Discover Bank,   Po Box 15316,
                Wilmington, DE 19850
13849936       E-mail/Text: mrdiscen@discover.com Feb 08 2020 03:04:42      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13850647       E-mail/Text: bk.notifications@jpmchase.com Feb 08 2020 03:04:54      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13846400      +E-mail/Text: bankruptcy@fult.com Feb 08 2020 03:06:30      Lafayette Ambassador Bank,
                Card Member Services,    PO Box 25091,    Lehigh Valley, PA 18002-5091
13869795      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 03:06:49
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13930868      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2020 03:40:17      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13846403*     +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13846404*     +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13846395    ##+BB&T,   Po BOx 547,    Boyertown, PA 19512-0547
13846396    ##+David Hower,    6575 A Sullivan Trail,    Pen Argyl, PA 18072-9715
                                                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4              User: SaraR              Page 2 of 2              Date Rcvd: Feb 07, 2020
                                  Form ID: 167             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Lafayette Ambassador Bank ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON M. RAPA    on behalf of Debtor Tyrone W. Klump, Sr jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JASON M. RAPA    on behalf of Joint Debtor Ruthann F. Klump jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyrone W. Klump, Sr and
Ruthann F. Klump
    Debtor(s)

Case No: 17−10030−mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Pro Se Reaffirmation Agreement Between Debtor and Wells Fargo Bank, N.A. Filed by WELLS FARGO BANK, N.A.

**Location Changed**

on: 2/19/20

at: 12:30 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/7/20

Timothy B. McGrath
Clerk of Court

69
Form 167