UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :        Bankruptcy No. 17-10030-mdc
Tyrone W. Klump, Sr
Ruthann F. Klump
                                          :        Chapter 7

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and Wells Fargo Bank, N.A., the court held a hearing on February 19, ~~20020~~ required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.    *2020*

COURT ORDER:

_____    The court grants the debtor(s) motion under 11 U.S.C. s 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s)

_____    The court grants the debtor's motion under U.S.C. s 524 (K)(8) and approves the reaffirmation agreement described above

_____    The court does not approve the reaffirmation agreement.

__X__    The court approves the reaffirmation agreement.

Date:                                                    _Magdeline D. Coleman_
                                                         MAGDELINE D. COLEMAN
                                                         CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Trustee
833 Chestnut St
Philadelphia, PA 19107

Chapter 7 Trustee

Debtor(s)