United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10030-mdc
Tyrone W. Klump, Sr                                                        Chapter 7
Ruthann F. Klump
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR          Page 1 of 1          Date Rcvd: Feb 20, 2020
                              Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db/jdb        +Tyrone W. Klump, Sr,    Ruthann F. Klump,    6571 Sullivan Trail,   Pen Argyl, PA 18072-9715
cr             Wells Fargo Bank N.A.,   1 Home Campus,    MAC X2303-01A,   Des Moines, IA 50328-0001
cr            +Wells Fargo Bank, N.A.,   Wells Fargo Bank, N.A. - SBL,    P.O. Box 29482,
               Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 03:31:09      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +WELLS FARGO BANK, N.A.,   1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES, IA 50328-0001
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        CELINE P. DERRKRIKORIAN    on behalf of Creditor    Lafayette Ambassador Bank ecfmail@mwc-law.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JASON M. RAPA    on behalf of Joint Debtor Ruthann F. Klump jrapa@rapalegal.com,
         mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
        JASON M. RAPA    on behalf of Debtor Tyrone W. Klump, Sr jrapa@rapalegal.com,
         mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
        KARINA VELTER    on behalf of Creditor   Wells Fargo Bank N.A. amps@manleydeas.com
        KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com
        THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                        :        Bankruptcy No. 17-10030-mdc
Tyrone W. Klump, Sr
Ruthann F. Klump
                                              :        Chapter 7

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and Wells Fargo Bank, N.A.,  the court held a hearing on February 19, ~~20020~~ required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.    *2020*

COURT ORDER:

_____    The court grants the debtor(s) motion under 11 U.S.C. s  524 (c)(6)(A) and
approves the reaffirmation agreement described above as not imposing an
undue hardship on the debtor(s) or a dependent of the debtor(s) and as being
in the best interest of the debtor(s)


_____    The court grants the debtor's motion under U.S.C. s 524 (K)(8) and
approves the reaffirmation agreement described above


_____    The court does not approve the reaffirmation agreement.


____X____    The court approves the reaffirmation agreement.


Date:

                                        _Magdeline D. Coe_
                                        MAGDELINE D. COLEMAN
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Trustee
833 Chestnut St
Philadelphia, PA 19107


Chapter 7 Trustee


Debtor(s)