*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyrone W. Klump, Sr and
Ruthann F. Klump
    Debtor(s)

Case No: 17–10030–mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Amended Disclosure of Compensation of Attorney for Debtor in the amount of 5000.00 Filed by JASON M. RAPA on behalf of Ruthann F. Klump, Tyrone W. Klump Sr.

– AND–

Amended Disclosure of Compensation of Attorney for Debtor in the amount of 3000.00 Filed by JASON M. RAPA on behalf of Ruthann F. Klump, Tyrone W. Klump Sr.

on: 4/1/20

at: 12:30 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/28/20

Timothy B. McGrath
Clerk of Court

76 – 57, 61
Form 167