United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tyrone W. Klump, Sr
Ruthann F. Klump
    Debtors

Case No. 17-10030-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 2     Date Rcvd: Feb 28, 2020
                            Form ID: 167     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.

```
db/jdb         +Tyrone W. Klump, Sr,    Ruthann F. Klump,    6571 Sullivan Trail,    Pen Argyl, PA 18072-9715
cr              Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
cr             +Wells Fargo Bank, n.a.,    Wells Fargo Bank, N.A. - SBL,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482
13846393       +Ashley Haycock,    6575 B Sullivan Trail,    Pen Argyl, PA 18072-9715
13846394      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13923628       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13846398      #+Helen Snyder,    6575 C Sullivan Trail,    Pen Argyl, PA 18072-9715
13846399       +Kyle Thomas,    6575 B Sullivan Trail,    Pen Argyl, PA 18072-9715
13933324        Lafayette Ambassador Bank,    Special Assets  Jessica Fuller, One Penn,    Lancaster, PA 17604
13846401       +Subaru Motor Finance c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
13846402       +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13922411        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13875363        Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
13862341       +Wells Fargo Payment Remittance Center,    PO Box 51174,    Los Angeles, CA 90051-5474
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 03:01:02     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13871781       +E-mail/Text: bankruptcy@bbandt.com Feb 29 2020 02:56:18      BB&T, Bankruptcy Section,
                 PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13846397        E-mail/Text: mrdiscen@discover.com Feb 29 2020 02:56:11     Discover Bank,    Po Box 15316,
                 Wilmington, DE 19850
13849936        E-mail/Text: mrdiscen@discover.com Feb 29 2020 02:56:11     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13850647        E-mail/Text: bk.notifications@jpmchase.com Feb 29 2020 02:56:20      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13846400       +E-mail/Text: bankruptcy@fult.com Feb 29 2020 02:57:13     Lafayette Ambassador Bank,
                 Card Member Services,    PO Box 25091,    Lehigh Valley, PA 18002-5091
13869795       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:01:03
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13930868       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:00:52     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*            +WELLS FARGO BANK, N.A.,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES, IA 50328-0001
13846403*      +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13846404*      +Wells Fargo Bank,    PO Box 5058,    Portland, OR 97208-5058
13846395      ##+BB&T,    Po BOx 547,    Boyertown, PA 19512-0547
13846396      ##+David Hower,    6575 A Sullivan Trail,    Pen Argyl, PA 18072-9715
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4         User: SaraR          Page 2 of 2           Date Rcvd: Feb 28, 2020
                             Form ID: 167         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Lafayette Ambassador Bank ecfmail@mwc-law.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JASON M. RAPA    on behalf of Debtor Tyrone W. Klump, Sr jrapa@rapalegal.com,
           mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
          JASON M. RAPA    on behalf of Joint Debtor Ruthann F. Klump jrapa@rapalegal.com,
           mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
          KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
          KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A amps@manleydeas.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyrone W. Klump, Sr and
Ruthann F. Klump
    Debtor(s)

Case No: 17−10030−mdc

Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Amended Disclosure of Compensation of Attorney for Debtor in the amount of 5000.00 Filed by JASON M. RAPA on behalf of Ruthann F. Klump, Tyrone W. Klump Sr.

− AND−

Amended Disclosure of Compensation of Attorney for Debtor in the amount of 3000.00 Filed by JASON M. RAPA on behalf of Ruthann F. Klump, Tyrone W. Klump Sr.

    on: 4/1/20

    at: 12:30 PM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/28/20

Timothy B. McGrath
Clerk of Court

76 − 57, 61
Form 167