UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tyrone W. Klump Sr. & | : | |
| Ruthann Klump | : | |
| Debtors    . | : | Case No.:   17-10030 |

### ORDER

AND NOW, this  1st  day of  April , 2020, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the Debtor, Jason M. Rapa, Esquire, in the amount of Four Thousand and xx/00 Dollars ($4,000), of which $2,000.00 has been paid and $2,000.00  is to be paid and the same is hereby approved.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE